MDL

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2021 APR 12 P 2:18

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

SHAWN DICKINSON )
Full name and prison name of )
Plaintiff(s) )
 )
 )
v. )    CIVIL ACTION NO. 2:21-CV-281-ECM-JTA
 )    (To be supplied by Clerk of U.S. District
STATE OF ALABAMA )    Court)
WARDEN PATRICE JONES )
WARDEN McCLAIN )
CAPT. McCORVEY ET. AL. )
CO1 BLAIR )
CO1 CUNNINGHAM )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ NO ☒

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☐  NO ☒

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit:

         Plaintiff (s) _____

         _____

         Defendant(s) _____

         _____

      2.  Court (if federal court, name the district; if state court, name the county)

         _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT **Bullock Corr Fac.**
**104 Bullock Drive Union Springs Al. 36089**
PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **Same As Above**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Warden Patrice Jones | Bullock CF |
| 2. | Warden McClain | 104 Bullock Dr · Union Springs Al 36089 |
| 3. | Capt. McCorvey | " " " " " |
| 4. | Cor Blair | |
| 5. | Col Cunningham | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **On or About Aug 28, 2019**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **Failure To Provide Adequate Security**
**I was Severely Beaten, By unknown Inmates. And**

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

B WAS THEN LEFT WITHOUT MEDICAL ATTENTION (EVEN AFTER BEING OBSERVED BY Col BLAIR AND CUNNINGHAM) FOR APPROX 8 DAYS.
SEE ATTACHED

GROUND TWO: VIOLATION OF THE 14TH AMENDMENT TO EQUAL PROTECTION

SUPPORTING FACTS:

GROUND THREE:

SUPPORTING FACTS:

<u>Ground One</u> - The Petitioner claims that his Constitutional Right Against Cruel And Unusual Punishment has been violated in that the Accused provided lack of security as the Petitioner received a brutal beating from other inmates. On or about 28 Aug 2019 the Petitioner was hit repeatedly by numerous unknown assailants that had weapons of broom and mop handles (left unsecure by the Correctional Staff), resulting in the Petitioner numerous serious injuries. The Petitioner received a broken right arm, cracked/fractured left eye socket, several cracked ribs, black eyes, several deep lacerations and bruises. Upon the count of inmates the Correctional Staff observed Petitioner's condition and rendered no assistance. In all actuality Petitioner had to wait for 10 days before being able to get medical care. Due to being held hostage by the inmates that attacked the Petitioner which the Correctional officers had full knowledge of and done nothing for the Petitioner.

<u>Ground Two</u>:- Had these circumstances happened outside of prison the Petitioner would have had immediate medical attention. A criminal investigation would have been

STARTED AND CERTAIN EVIDENCE WOULD HAVE EMERGED AND THOSE RESPONSIBLE WOULD HAVE BEEN PUNISHED. THIS DID NOT TAKE PLACE. ON THE OUTSIDE OF PRISON THE PETITIONER COULD HAVE RECEIVED THE PROMPT AND ADEQUATE MEDICAL CARE THAT WAS NEEDED. INSTEAD THE PETITIONER DID NOT RECEIVE MEDICAL FOR APPROXIMATELY 30 DAYS. EVEN AFTER RECEIVING THE CARE NEEDED. IT WAS SUBSTANDARD. THE PETITIONER IS CONTINUING TO SUFFER FROM THE LONG TERM EFFECTS FROM HIS INJURIES. THE PETITIONER CONTINUES TO REQUEST MEDICAL CARE FOR APPOINTMENTS TO SPECIALISTS AND OTHERS WITH THE SPECIALIZED TRAINING IN ORDER TO CORRECT, RECTIFY. OR OTHERWISE CORRECT THE ONGOING ISSUES. INSTEAD THE ADOC STAFF PLACED THE PETITIONER INTO THE SAME DORM WITH THE SAME PEOPLE THAT FIRST ATTACKED THE PETITIONER. THE ADOC HAD NO CONSIDERATION FOR THE HEALTH AND WELL BEING OF THE PETITIONER.

## RELIEF SOUGHT

THE PETITIONER CLAIMS THAT THE ADOC AND THOSE THAT ARE MENTIONED ABOVE, HAVE NO CARE FOR THE TREATMENT OF THOSE IN ITS CARE AND CUSTODY. THIER PRIMARY FOCUS IS ON THE ECONOMIC ISSUES THAT BENIFIT THOSE IN CONTROL. FOR THEM THIS IS A BUSNESS. IF THE ABOVE NAMED WERE AS FOCUSED ON THE CARE AND WELL BEING OF THOSE IN THIER CHARGE RATHER THAN ON THE BUILDING OF NEW PRISONS OR THE NEED FOR A MARKETING FIRM. THE PETITIONER CAN THUS

Recieve the Medical Attention Not only That He is in Need of But Also Entitled To Under The Provisions of The United States Constitution. Thus, He Files This Suit in Both The Official And Unofficial Capacities of The Defendants. The ~~Defendant~~ Petitioner Claims, Emotional Stress, Mental Anguish, Pain & Suffering And Compensatory Damages in The Amount of 20,000,000 (Twenty Million) Dollars.

Petition Prays That This Honorable Court Grant This Suit.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Seeking Compensation for Pain and Suffering and damage (physical) in the amount of 20,000,000.

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Sept. 18 2020
(Date)

Signature of plaintiff(s)

#256934

Willie H
3-25-24

Shawn M Dickinson #256934 Bed 3.B.F.2
104 Bullock Dr.
Union Spring Ala.
36089.

United States District
For the Middle District
One Church Street
Suite-B-110
Montgomery, al.
36104